# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULLIGAN LOANS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RICH KIDD CARRIER SERVICES, LLC, a Missouri limited liability company, and RICHARD KIDD JR., an individual,<br><br>Defendants. | Case No.: 3:19-cv-00023-H-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>[Doc. No. 5] |

On February 22, 2019, the parties filed a joint motion to dismiss the entire action without prejudice pursuant to Fed. R. Civ. Proc. 41(a)(2). (Doc. No. 5.) After considering the parties' joint motion and the executed settlement agreement (Doc. No. 5-1 at 1–9), for good cause shown, the Court grants the parties' motion to dismiss this case without prejudice. The Court retains jurisdiction to enforce the terms of the settlement agreement between the parties. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: February 27, 2019

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT